The people's motion to affirm is granted.

PEOPLE v. ROYCE BROWN. Appeal from Recorder's Court of Detroit, Frank G. Schemanske, J. Submitted Division 1 June 29, 1971, at Lansing. (Docket No. 11244.) Decided August 26, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendant on appeal.

Before: McGREGOR, P. J., and BRONSON and DANHOF, JJ.

MEMORANDUM OPINION. The defendant was charged with armed robbery. MCLA § 750.529 (Stat Ann 1971 Cum Supp § 28.797). He pled guilty to assault with intent to rob being armed. MCLA § 750.89 (Stat Ann 1962 Rev § 28.284). He was sentenced to a term of 6 to 20 years in prison.

On appeal it is argued that the trial court erred in not obtaining a specific waiver of the defendant's right to be proven guilty beyond a reasonable doubt, and also that the trial court abused its dis-

cretion in sentencing the 17-year-old defendant to a term of 6 to 20 years in prison.

Both issues have been raised in this Court before and decided adversely to the defendant's position. *People* v. *Jaworski* (1970), 25 Mich App 540, *appeal pending; People* v. *Sepulvado* (1970), 27 Mich App 66; *People* v. *Malcom* (1970), 27 Mich App 205; *People* v. *McClendon* (1970), 28 Mich App 483; *People* v. *Miles* (1970), 28 Mich App 562; *People* v. *Geving* (1970), 28 Mich App 570; *People* v. *Dawkins* (1971), 30 Mich App 186; and *People* v. *Mitchell* (1971), 30 Mich App 233. *People* v. *Vandenboss* (1970), 25 Mich App 702; *People* v. *Albert White* (1970), 27 Mich App 432; and *People* v. *Hammond* (1970), 27 Mich App 490. The questions sought to be reviewed are so unsubstantial as to require no argument or formal submission.

Motion to affirm is granted.

BRONSON, J. *(concurring)*. The trial judge, in accepting defendant's plea, properly complied with the requirements of *Boykin* v. *Alabama* (1969), 395 US 238 (89 S Ct 1709, 23 L Ed 2d 274). See *People* v. *Martin* (1970), 29 Mich App 295, 298. (BRONSON, P. J., *dissenting*).